[No. 40463-0-II. Division Two. May 10, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. REBECCA RUTH MORELAND, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-03324-4, Thomas Felnagle, J., entered March 12, 2010. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Penoyar, C.J., and Hunt, J.

[No. 40618-7-II. Division Two. May 10, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDRE MAURICE ADAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 09-1-01166-4, John P. Wulle, J., entered April 16, 2010. *Reversed* and *remanded with instructions* by unpublished opinion per Van Deren, J., concurred in by Worswick, A.C.J., and Hunt, J.

[No. 40739-6-II. Division Two. May 10, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY ALLEN FINE, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 09-1-00572-3, Nelson E. Hunt, Richard L. Brosey, and James W. Lawler, JJ., entered May 10, 2010. *Affirmed* by unpublished opinion per Worswick, A.C.J., concurred in by Hunt and Van Deren, JJ.

[No. 40785-0-II. Division Two. May 10, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY EUGENE OWEN, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 10-1-00339-1, Paula Casey, J., entered June 2, 2010. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Worswick, A.C.J., and Hunt, J.